

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DONOVAN RAY CUBIT, | § | No. 08-22-00142-CR |
| Appellant, | § | Appeal from the |
|  | § | 41st District Court |
| v. | § | of Caldwell County, Texas |
| THE STATE OF TEXAS, | § | (TC# 2019-283) |
| State. | § |  |
|  | § |  |

**O R D E R**

The Appellant's brief in the above styled and numbered cause was due December 10, 2022. As of the date of this order, no brief has been filed with this Court.

It is therefore ORDERED that the trial court conduct a hearing to determine whether Appellant wishes to continue the appeal and is entitled to appointment of new counsel. Further, the trial court shall forward its findings to the District Clerk of Caldwell County, Texas, on or before January 24, 2023. The District Clerk shall prepare and forward a supplemental clerk's record containing the findings and forward the same to this Court on or before February 3, 2023. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before February 3, 2023.

IT IS SO ORDERED this 4th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.